# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2015

*The Court of Appeals hereby passes the following order:*

**A15I0090.  ROBERT C. BEASLEY v. THE STATE.**

Robert C. Beasley was convicted of trafficking cocaine.  He appealed, arguing among other things that the trial judge's failure to disclose a conflict of interest had violated his due process rights.  We vacated the conviction and remanded for a factual determination of when Beasley and his counsel had first learned of the grounds for disqualifying the trial judge. *Beasley v. State*, 328 Ga. App. 96 (761 SE2d 509) (2014).

On remand, the State proposed that Beasley be granted a new trial, but Beasley opposed that offer and filed a "Brief of Legal Issues" arguing that a new trial would place him in double jeopardy. Following a hearing, the trial court entered an order granting Beasley a new trial. The court later certified its order for immediate review, and Beasley filed this timely application for interlocutory appeal.

Beasley's "Brief of Legal Issues" was, in substance, a plea in bar on grounds of double jeopardy. See *Giles v. State*, 257 Ga. App. 65, 69 (2) (570 SE2d 375) (2002) ("[I]t is well established that there is no magic in nomenclature.  A document is to be construed by its substance or function, rather than by its name.") (citation and punctuation omitted). The trial court's order granting a new trial was, in substance, a denial of that plea in bar and therefore was directly appealable. See *Malloy v. State*, 293 Ga. 350, 352 (1) (744 SE2d 778) (2013); *Patterson v. State*, 248 Ga. 875 (287 SE2d 7) (1982).

This Court will grant a timely application for interlocutory appeal if the order is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

It appears that Beasley has not filed a notice of appeal; therefore, the application is hereby GRANTED. Beasley shall have ten days from the date of this order to file a notice of appeal in the trial court. The clerk of the trial court is directed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____01/05/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*